GOLDSMITH & HULL/Our File #:584683
A Professional Corporation
Michael L. GOLDSMITH (SBN 291700)
16933 PARTHENIA STREET
NORTHRIDGE, CALIFORNIA 91343
Tele: (818) 990-6600  Fax : (818) 990-6140
**govdept1@goldsmithcalaw.com**

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> Francisco J Cerda aka Fransicso Cerda ) <br> ) <br> Defendant. ) <br> ———————————————— ) | **COURT NO.** ACV99-02105 <br><br> **SATISFACTION OF JUDGMENT** |

TO THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of said judgment, entered on March 9, 2000, in favor of the United States of America, and against **Francisco J Cerda aka Fransicso Cerda** and the Clerk is hereby authorized and directed to enter a Full Satisfaction of record in the said action.

DATED: November 6, 2017                GOLDSMITH & HULL, P.C.

                                                                       /S/
                                                        Michael L. Goldsmith
                                                        ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT, addressed to:

Francisco J Cerda, et al.
*************** ****** **
El Paso TX *****

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on  November 6, 2017  at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

                                     /S/
                                 Sonia Molina